IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN WILEY DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 12-0613-CG-M |
| | ) | |
| TONYA CAROLYN DAVIS THAYER, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PNC BANK, N.A., | ) | |
| | ) | |
| CounterClaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN WILEY DAVIS, JR., | ) | |
| | ) | |
| CounterDefendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant
to the issues raised, and there having been no objections filed, the Report and
Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is
**ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to
Remand (Doc. 15) is hereby **DENIED**.

**DONE and ORDERED** this 5th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE